### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>JAMIL THOMAS | CRIMINAL ACTION<br>NO. 21-137 |

### ORDER

**AND NOW**, this 23rd day of August 2024, upon consideration of Jamil Thomas's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 41) and the Government's Response (ECF No. 46), it is **ORDERED** that:

1. Thomas's § 2255 petition is **DENIED**.

2. A certificate of appealability **SHALL NOT** issue.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.